AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 29, 2023**

SEAN F. McAVOY, CLERK

ISMAEL CANTU, SR.,

*Petitioner*

v.

STATE OF WASHINGTON,

*Respondent*

Civil Action No. 1:23-cv-03162-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Petition (ECF No. 1) is DISMISSED without prejudice based on Rule 4 of the Rules Governing Section 2254 Cases.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN .

Date: 11/29/2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Lee Reams*

Lee Reams